# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT B. KORB, | )<br>) |
| Plaintiff, | ) Civil Action No. 16-1630<br>) |
| v. | ) Judge Cathy Bissoon<br>) Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT ROBERT GILMORE, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 14, 2017, the Magistrate Judge issued a Report (Doc. 30) recommending that that Plaintiff's Motion to Reopen Case (Doc. 25) be denied, or in the alternative, that Plaintiff's case be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(l). Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is ORDERED that Plaintiff's case is **DISMISSED**, with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(l).[1] The Magistrate Judge's Report and Recommendation (Doc. 30) is adopted as the Opinion of the District Court, consistent with the above.

---

[1] In light of this ruling, Plaintiff's Motion to Reopen (**Doc. 25**) is **DENIED AS MOOT**.

IT IS SO ORDERED.


July 11, 2017                                       s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge


cc (via First-Class, U.S. Mail):

Albert B. Korb
AP-5803
SCI Pittsburgh
Box 99991
Pittsburgh, PA  15233-0991